AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/24

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 19 CR 775 |
| PEDRO GARCIA-HERNANDEZ | ) USM No: 86063-054 |
| Date of Original Judgment: 07/30/2019 | ) |
| Date of Previous Amended Judgment: _____ | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

Copies Mailed/Faxed 4/22/24
Chambers of Vincent L. Briccetti

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   07/30/2019   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   04/22/2024

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Vincent L. Briccetti, U.S.D.J.
Printed name and title